# York Trust Company *v.* Pullman Manufacturing Co., Appellant.

*Receiver—Compensation—Counsel fees.*

An order fixing the amount of commissions of a receiver and allowing counsel fees will not be reversed except on clear proof of error where the whole subject was carefully considerd by the court and the compensation allowed was based on the work, responsibility assumed, and successful management of the affairs of the corporation by the receiver and his counsel.

Argued May 14, 1912. Appeal, No. 289, Jan. T., 1911, by defendant, from decree of C. P. York Co., Aug. T., 1910, No. 1, fixing the amount of receiver's compensation and counsel fees in the case of York Trust Company v. Pullman Automatic Ventilator Manufacturing Company. Before FELL, C. J., BROWN, MESTREZAT, POTTER and ELKIN, JJ. Affirmed.

Exception to adjudication of receiver's account. Before WANNER, J.

The opinion of the Supreme Court states the case.

*Error assigned* was in dismissing exceptions to receiver's account.

*V. C. Keesey,* for appellant.

*H. C. Brenneman,* with him *John J. Bollinger,* for appellee.

PER CURIAM, July 2, 1912:

This appeal is from an order fixing the amount of the commissions of a receiver and allowing counsel fees. The whole subject was carefully considered by the court and the compensation of the receiver and

his counsel were based on the work done, the responsibility assumed and the successful management by them of the affairs of the corporation by which it was enabled to resume business. Such a finding as this will not be reversed by an appellate court except on clear proof of error. We find nothing in the testimony that raises a doubt as to the correctness of the order made.

The order is affirmed at the cost of the appellant.